UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD DENSON and VALENTIN
LEDEZMA, an individual,

        Plaintiffs,

v.                                Case No:  2:13-cv-308-FtM-38CM

B&W PAVING CONTRACTORS OF
SOUTHWEST FLORIDA, INC.,
ASPHALT MAINTENANCE &
SEALCOAT, INC. AND TYRONNE F.
WILLEY,

        Defendants.
_____/

## ORDER[1]

    This matter comes before the Court upon consideration of United States Magistrate Judge Carol Mirando's Report and Recommendation (Doc. #27) filed on April 2, 2014.  Judge Mirando recommends granting the parties' Joint Motion for Approval of FLSA Settlement Agreement (Doc. #24, Doc. #26[2]) filed on February 11, 2014, and dismissing the case with prejudice.  No objections have been filed.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

[2] Pursuant to the Court's March 13, 2014 Order (Doc. #25), the parties revised the settlement agreement and filed a Joint Notice of Filing FLSA Settlement Agreement (Doc. #26), clarifying that Tyronne Willey and Charles Willey, in their individual and representative capacities on behalf of B&W Paving Contractors of Southwest Florida, Inc. and Asphalt Maintenance & Sealcoat, Inc., intend to be bound and released by the negotiated Settlement Agreement (Doc. #26-1).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation.  See 28 U.S.C. § 636(b)(1); see also Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of Judge Mirando.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #27) is hereby adopted and the findings incorporated herein.

2. The parties' Joint for Approval of FLSA Settlement Agreement (Doc. #24) is **GRANTED**, and the parties' Settlement Agreement (Doc. #26-1) is approved as fair and reasonable.

3. The Clerk shall enter judgment dismissing the case with prejudice, terminate all deadlines and motions, and **CLOSE** the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of April, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record